IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| WELLS DAIRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C 08 - 4019 - MWB |
| vs. | ) | |
| | ) | JUDGMENT |
| | ) | IN A CIVIL CASE |
| FOOD MOVERS INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED,**

Pursuant to the Joint Stipulation filed on 03/03/09, Judgment is entered as to damages in the amount of four hundred two-thousand, six hundred and ninety-five dollars and seventy-five cents ($402,695.75).

Approved by:

___MWB___
Judge Mark W. Bennett

Dated: March 6, 2009

Signed by: Robert L Phelps
Clerk of Court

s/src
Deputy Clerk